# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      vs.<br><br>MARIA DE LOS ANGELES GUTIERREZ(1),<br><br>                  Defendant. | CASE NO. 11CR4909-DMS<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

<u> X </u> an indictment has been filed in case 11CR5477-DMS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

<u>   </u> the Court has dismissed the case for unnecessary delay; or

<u>   </u> the Court has granted the motion of the Government for dismissal, without prejudice; or

<u>   </u> the Court has granted the motion of the defendant for a judgment of acquittal; or

<u>   </u> a jury has been waived, and the Court has found the defendant not guilty; or

<u>   </u> the jury has returned its verdict, finding the defendant not guilty;

<u> X </u> of the offense(s) as charged in the Information:

21:952 and 960

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 12/08/2011

*Barbara L. Major* (signature)

Barbara L. Major
U.S. Magistrate Judge